# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ALEXANDER Y. USENKO, individually and on behalf of the SunEdison Retirement Savings Plan, and all other similarly situated Plan participants and beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>SUNEDISON, INC., et al.,<br><br>Defendants. | Case No: 4:16-cv-00076 (RWS) |

### PLAINTIFFS ALEXANDER Y. USENKO, JULIE DULL, ERIC O'DAY, AND ROBERT LINTON MOTION TO RE-OPEN THIS ACTION TO PROSECUTE CLAIMS AGAINST NON-DEBTOR <u>DEFENDANTS</u>

Plaintiffs Alexander Y. Usenko, Julie Dull, Eric O'Day, and Robert Linton ("Plaintiffs"), by and through their undersigned counsel, hereby move this Court for an Order re-opening the above-captioned matter so as to allow Plaintiffs to prosecute claims against non-debtor defendants, and for such further relief as the Court may deem just and proper.

Dated: June 14, 2016                                                       Respectfully submitted,

*/s Francis A. Bottini, Jr.*                                                */s Mark Potashnick*
**BOTTINI & BOTTINI, INC.**                                **WEINHAUS & POTASHNICK**
Francis A. Bottini, Jr. (Admitted *Pro Hac Vice*)   Mark Potashnick, E.D. MO # 41315MO
Albert Y. Chang (Admitted *Pro Hac Vice*)          11500 Olive Blvd., Suite 133
7817 Ivanhoe Avenue, Suite 102                           St. Louis, MO, 61341
La Jolla, California 92037                                        Telephone: 314-997-9150
Telephone: 858-914-2001                                       Facsimile: 314-997-9170
Facsimile: 858-914-2002                                         Email: markp@wp-attorneys.com
Email: fbottini@bottinilaw.com
Email: achang@bottinilaw.com

*Counsel for Plaintiffs Dull and O'Day*

| | |
|---|---|
| */s Lori G. Feldman* | */s Robert I. Harwood* |
| **LEVI & KORSINSKY LLP** | **HARWOOD FEFFER LLP** |
| Lori G. Feldman (Admitted *Pro Hac Vice*) | Robert I. Harwood (*Admitted Pro Hac Vice*) |
| Timothy J. Straub (Admitted *Pro Hac Vice*) | Daniella Quitt (*Admitted Pro Hac Vice*) |
| 30 Broad Street, 24th Floor | Tanya Korkhov (*Admitted Pro Hac Vice*) |
| New York, NY 10004 | 488 Madison Avenue |
| Telephone: 212-363-7500 | New York, NY 10022 |
| Facsimile: 212-363-7171 | Telephone: 212-935-7400 |
| Email: lfeldman@zlk.com | Facsimile: 212-753-3630 |
| Email: tstraub@zlk.com | Email: rharwood@hfesq.com |
| | Email: dquitt@hfesq.com |
| | Email: tkorkhov@hfesq.com |
| *Counsel for Plaintiff Linton* | *Counsel for Plaintiff Usenko* |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served on all counsel of record via the Court's electronic case filing system on this 14 day of June, 2016.

*/s Mark Potashnick*